149 A.3d 558

THOMAS, Joseph

v.

STATE of Maryland

Pet. Docket No. 231, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

(No. 18–K–15–000363, Circuit Court for St. Mary's County). Petition for writ of certiorari denied.

∎

149 A.3d 558

TOLER, Michael A.

v.

STATE of Maryland

Pet. Docket No. 409, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Application for leave to appeal denied by the Court of Special Appeals (No. 1956, Sept. Term, 2014).

Petition for writ of certiorari denied.